# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**HOWARD SPIKES**

vs.                                   CASE NUMBER: 9:07-CV-1129

**H.D. GRAHAM**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the petition for a writ of habeas corpus is DENIED and DISMISSED in all respects, in accordance with the order of the Honorable Judge DAVID N. HURD, dated the 8th day of October, 2010.

DATED: October 12, 2010

_____
Clerk of Court

s / Christine Mergenthaler
Deputy Clerk